IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY M. MCGRORY,<br><br>      *Plaintiff*,<br><br>v.<br><br>PARAGON SYSTEMS, LLC, *et al.*<br><br>      *Defendants*. | CIVIL ACTION<br>NO. 16-04062 |

## ORDER

**AND NOW**, this 26th day of September, 2017, upon consideration of Plaintiff Stacy McGrory's Amended Motion for Default Judgment, (ECF No. 8), it is hereby **ORDERED** that the Motion is **DENIED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] The Court gives McGrory one more opportunity to refile her motion including factual allegations sufficient to assure the Court that both venue and the exercise of personal jurisdiction over Defendants are proper.